IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KHRISTOFFER M. HEARRON**                                  **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 5:03cv259-DMR-JCS**

**CHRISTOPHER EPPS**, *ET AL.*,                               **DEFENDANTS**

## FINAL ORDER AND JUDGMENT DISMISSING CAUSE WITHOUT PREJUDICE

As the Court has entered an Order this day in this cause adopting the Report and Recommendation of the United States Magistrate Judge entered in this cause on June 5, 2006 [Doc. 45], and has found that this cause should be dismissed without prejudice, and having ordered the entry of a Final Order and Judgment therein,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this Final Order and Judgment be and hereby is entered in this cause and this cause is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the  27th   day of June, 2006.

                                                   **/S/   DAN M. RUSSELL, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**