IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KHRISTOFFER M. HEARRON, #75793**         **PLAINTIFF**

**VERSUS**               **CIVIL ACTION NO. 5:03cv259-DMR-JCS**
                                    **USCA No. 06-60677**

**CHRISTOPHER EPPS**, *ET AL.*,             **DEFENDANTS**

### ORDER GRANTING MOTION OF PLAINTIFF FOR EXTENSION OF TIME
### [DOC NO. 56]

BEFORE THE COURT is the Motion of the Plaintiff for an Extension of Time to pay the filing fee [Doc. No. 56] required in this cause upon consideration of his appeal to the United States Court of Appeals for the Fifth Circuit and the pending resolution of the appeal fee issue; the court's previous order regarding same noted that the Plaintiff failed to pay the appeal fee in the amount of $455.00 or to complete an application to proceed *in forma pauperis*. Accordingly, it is hereby

**IT IS, THEREFORE, ORDERED AND ADJUDGED** the Motion of the Plaintiff for an Extension of Time to pay the filing fee [Doc. No. 56], be and is hereby **GRANTED**, and that by **September 11, 2006**, the plaintiff shall file a completed application for leave to proceed *in forma pauperis* or pay the required appeal filing fee of $455.00.

Furthermore, failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the denial of *in forma pauperis* status.

**SO ORDERED AND ADJUDGED** this the 14th day of August, 2006.

              **S/ DAN M. RUSSELL, JR.**
              **UNITED STATES DISTRICT JUDGE**